AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

United States of America )
v. )
**Jamare Saron Sidney** )  Case No:  **4:09CR3079**
)  USM No:  **23019-047**
Date of Original Judgment:  **02/08/2010** )
Date of Previous Amended Judgment: ) **David R. Stickman**
*(Use Date of Last Amended Judgment if Any)*  *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **121 months** months **is reduced to** **120 months** .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  **02/08/2010**  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  **02/07/2012**              **s/ Richard G. Kopf**
                                          *Judge's signature*

Effective Date:  **02/07/2012**           **Richard G. Kopf, Senior United States District Judge**
   *(if different from order date)*       *Printed name and title*