IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>JAMARE S. SIDNEY,<br><br>                    Defendant. | Case No. 4:09cr3079<br><br>Order |

Before the Court is the request for transcript of hearing held on **February 5, 2010**.

IT IS ORDERED:

1. The request for transcript, Filing No. 160, is granted.

2. Jamare Saron Sidney, is advised that the cost of the transcript is **$ 96.80**. To proceed with this request, payment should be sent to the Clerk of Court. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than **$96.80**, a refund check will be issued.

3. Upon receipt of the payment, the Clerk of Court is ordered to prepare a transcript of the hearing held on 02/05/2010. A copy of this order should also be mailed to Jamare Saron Sidney.

DATED: December 4, 2024

BY THE COURT:

s/ Susan M. Bazis
United States District Judge